Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

# UNITED STATES DISTRICT COURT
## for the
**Southern** District of **New York**

_____ Division

Case No. **24 cv 139**
(to be filled in by the Clerk's Office)

**Abdullah, Abdul. H**
Plaintiff(s)

(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

**28th Precint. officer Gracia/Seyed**
Defendant(s)

(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names. Do not include addresses here.)

Jury Trial: (check one) ☐ Yes ☒ No

RECEIVED
FEB - 5
PRO SE OFFICE

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non-Prisoner Complaint)

---

**NOTICE**

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

- Name: Abdullah Abdul H
- Address: 1350 5th Ave #6B
  New York, NY 10026-9998
  City / State / Zip Code
- County: Manhattan
- Telephone Number: 929-342-3525
- E-Mail Address: TIMEbAndit211@gmail.com

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

**Defendant No. 1**
- Name: GRACIA, CARLOS M
- Job or Title (if known): Police Officer 959650
- Address: 2271-89 Frederick Douglass Boulevard
  New York, NY 10027
  City / State / Zip Code
- County: Manhattan
- Telephone Number: (212) 678-1611
- E-Mail Address (if known): NYPD 28th Precinct (@NYPD Pct)

☐ Individual capacity  ☒ Official capacity

**Defendant No. 2**
- Name: HUDA, SEYED N
- Job or Title (if known): Police Officer SGT 347088
- Address: 2271-89 Frederick Douglass Blvd
  New York, NY 10027
  City / State / Zip Code
- County: Manhattan
- Telephone Number: (212) 678-1611
- E-Mail Address (if known): NYPD 28th Precinct (@NYPD Pct)

☐ Individual capacity  ☒ Official capacity

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

Defendant No. 3
  Name _____
  Job or Title (if known) _____
  Address _____
  _____City_____ ___State___ ___Zip Code___
  County _____
  Telephone Number _____
  E-Mail Address (if known) _____
  ☐ Individual capacity   ☐ Official capacity

Defendant No. 4
  Name _____
  Job or Title (if known) _____
  Address _____
  _____City_____ ___State___ ___Zip Code___
  County _____
  Telephone Number _____
  E-Mail Address (if known) _____
  ☐ Individual capacity   ☐ Official capacity

II. **Basis for Jurisdiction**

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

  ☐ Federal officials (a *Bivens* claim)

  ☒ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

  Due Process of the Law

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

3

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under Bivens, explain how each defendant acted under color of federal law. Attach additional pages if needed.

By violated my unalienable RIGHT TO TRAVEL

## III. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?

West 110st 5 Avenue Southbound

B. What date and approximate time did the events giving rise to your claim(s) occur?

october 21 2023   12:50 PM

C. What are the facts underlying your claim(s)? (For example: What happened to you? Who did what Was anyone else involved? Who else saw what happened?) On October 21 20 At 1250 Pm I was Traveling Southbound on 5 Avenue an 110 street went a Police vehicle Pulls off behind with siren an flashing lights two officers exit their car an start Rising their voices for me to Put Down my windows He then ask me for License an Registration I gave him my Passport an tribal Registration I then was told that I am being arrested for Driving with a Suspended License

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

## IV. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

(1) For Defamation of Character

(2) False Imprisoment to up to 5 Hrs

(3) Confiscation of my Automobile an Personal & Private Property

(4) For Emotional distress Needed Counseling From Spiritual Advisor

## V. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

the basis is that I suffer Defamation of My Character I am asking the Court to Compensate me 7,000,00

For False Imprisoment I am asking the Court to Reward me 7,000,00

An For my Emotional Distress I am asking for 7,000,00

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: JAN 27 2024

Signature of Plaintiff: Abdullah Abdul H

Printed Name of Plaintiff: Abdullah Abdul H

### B. For Attorneys

Date of signing: _____

Signature of Attorney: _____
Printed Name of Attorney: _____
Bar Number: _____
Name of Law Firm: _____
Address: _____
        _____ / _____ / _____
         City          State          Zip Code
Telephone Number: 929-342-3525
E-mail Address: 1Hmebaidt211@gmail.com

PRIORITY MAIL
FLAT RATE
POSTAGE REQUIRED

PRESS FIRMLY TO SEAL

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® shipments. Misuse may be a violation of federal law. This packaging is not for resale. EP14F © U.S. Postal Service; October 2018; All rights reserved.

FROM:
Abdullah Abdul H
1350 5th Ave # GB
New York, NY 10026

TO:
U.S. District Court
Southern District of New York
500 Pearl St, New York
NY 10007

RECEIVED
FEB 02 2024
CLERK'S OFFICE
S.D.N.Y.

USMS SDNY

PRO SE OFFICE
FEB - 5 2024



US POSTAGE PAID
$9.85
Origin: 10026
02/01/24
3596770050-15

PRIORITY MAIL®

0 Lb 2.30 Oz
RDC 03
C099

EXPECTED DELIVERY DAY: 02/02/24

SHIP TO:
500 PEARL ST
NEW YORK NY 10007-1316

USPS TRACKING® #

9505 5127 1831 4032 5419 78

EP14F Oct 2018
OD: 12 1/2 x 9 1/2

For Domestic shipments, the maximum weight is 70 lbs. For International shipments, the maximum weight is 4 lbs.