UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
ABDUL H. ABDULLAH,

                          Plaintiff,                           **ORDER**

                  -against-                           24-CV-139 (JPO) (JW)

28TH PRECINCT, SERGEANT SEYED N.
HUDA, P.O. CARLOS GARCIA

                        Defendant.
------------------------------------------------------------------X

**JENNIFER E. WILLIS, United States Magistrate Judge:**

On May 23, 2024, this action was referred to me for general pretrial management, including scheduling, discovery, non-dispositive pretrial motions, and settlement pursuant to 28 U.S.C. § 636(b)(1)(A). Dkt. No. 18. On the same day, Judge Oetken entered a second corrected order of service dismissing Defendant 28th Precinct from the action and substituting the City of New York as a Defendant. Dkt. No. 19. Prior to Judge Oetken's order, Defendants City of New York and Police Officer Carlos Garcia had already filed an answer to the Amended Complaint. Dkt. No. 16. Defendants City of New York and Police Officer Carlos Garcia are directed to inform the court whether it intends to file a new answer to the Amended Complaint or elects to proceed with the prior one by **June 7, 2024**.

      SO ORDERED.

DATED:    New York, New York
               May 24, 2024

                                                                                  JENNIFER E. WILLIS
                                                                                 United States Magistrate Judge