**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
ABDUL H. ABDULLAH,

                            Plaintiff,                    **ORDER**

            -against-                    **24-CV-139 (JPO) (JW)**

28TH PRECINCT, SERGEANT SEYED N.
HUDA, P.O. CARLOS GARCIA,

                           Defendants.
------------------------------------------------------------------X
**JENNIFER E. WILLIS, United States Magistrate Judge:**

      The Parties are ordered to attend an in-person discovery conference at **11:00**

**a.m. on December 11, 2024**. The conference will be held in Courtroom 228,

Thurgood Marshall Courthouse, 40 Foley Square, New York, NY.

      SO ORDERED.

DATED:    New York, New York
            November 14, 2024

                                    *Jennifer E. Willis*
                                  JENNIFER E. WILLIS
                                  United States Magistrate Judge