**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
ABDUL H. ABDULLAH,

        Plaintiff,        **ORDER**

    -against-          **24-CV-139 (JPO) (JW)**

SERGEANT SEYED N. HUDA, *et al.*,

        Defendants.
------------------------------------------------------------------X

**JENNIFER E. WILLIS, United States Magistrate Judge:**

  On December 11, 2024, the Court held a discovery conference in this matter to address Defendants' motion to compel answers to its discovery requests. On December 12, 2024, this Court issued an order memorializing its decision to grant Defendants' motion to compel answers to its discovery requests. Dkt. No. 35. The December 12th order made it clear that Plaintiff was to adequately answer Defendants' discovery requests by January 17, 2025, and that discovery would close on March 28, 2025. Id.

  On February 3, 2025, Defendants filed a letter informing the Court that Plaintiff failed to comply with this Court's order by failing to provide discovery responses by January 17, 2025. Dkt. No. 36. The February 3rd letter also renewed Defendants' motion to compel. Id.

  On February 25, 2025, Plaintiff filed an answer to a set of interrogatories. Dkt. No. 38. By letter dated March 4, 2025, Defendants informed the Court that the answers to interrogatories filed by the Plaintiff were not in response to the

interrogatories Defendants served on Plaintiff. Dkt. No. 39. The March 4th letter also attached a copy of the correct set of Defendants' interrogatories. Id.

On March 12, 2025, Plaintiff filed his first set of interrogatories to be answered by the Defendants. Dkt. No. 40.

On March 28, 2025, Defendants filed a letter request seeking an extension of the time to complete discovery and to "renew their request that plaintiff be compelled to provide responses to defendants' interrogatories and document requests by a date certain on pain of dismissal." Dkt. No. 41.

This Court has exercised well deserved patience in this matter given Plaintiff's *pro se* status and the delay often caused by mailing or hand delivering documents to be filed. As of today, this Court is not aware of whether Plaintiff or Defendants have satisfied their respective discovery obligations. Defendants are ordered to provide the Court with a status letter **by April 25, 2025**, informing the Court whether they have responded to Plaintiff's discovery requests and whether they have received the correct responses to their own discovery requests. Should Defendants' letter include that they have satisfied their discovery obligations but have not received adequate responses from the Plaintiff, they should inform the Court whether they are seeking case ending sanctions. If seeking case ending sanctions, Defendants' letter shall include a proposed briefing schedule for the motion that considers Plaintiff's *pro se* status.

SO ORDERED.

DATED:   New York, New York
         April 15, 2025

*Jennifer E. Willis*
JENNIFER E. WILLIS
United States Magistrate Judge

2