UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ABDUL H. ABDULLAH,

Plaintiff,

-v-

SERGEANT SEYED N. HUDA, *et al*,

Defendants.

24-CV-139 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

The Plaintiff shall identify the docket entries containing the improper disclosure of his

full Social Security number, so that the Court may seal the appropriate filings.

The Clerk of Court is respectfully requested to send a copy of this order to Plaintiff at

1350 5th Ave. Apt. #6B New York, NY 10026.

SO ORDERED.

Dated: February 9, 2026
       New York, New York

_____
J. PAUL OETKEN
United States District Judge