UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ABDUL H. ABDULLAH,
Plaintiff,

-v-

SERGEANT SEYED N. HUDA,
Defendants.

24-CV-139 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

On October 19, 2026, Plaintiff Abdul H. Abdullah filed a request for "a determination of the docket status and disposition of his prior privacy-related submission," and "limited relief regarding his personal identifying information." (ECF No. 74 at 1.) In short, Abdullah asks the Court to determine whether documents containing sensitive information that Abdullah exchanged during discovery are publicly docketed, and to implement safeguards to protect his confidential information. (*See generally id.*)

However, Abdullah does not point to any docket entries which disclose his personal information. The Court is happy to review motions to seal and/or motions to redact to protect Abdullah's sensitive information. But Abdullah must first identify with particularity the information he would like to seal and/or redact, and the specific instances in which that information is disclosed on the docket.

The Clerk of Court is directed to mail this Order to Abdullah.

SO ORDERED.

Dated: October 22, 2026
New York, New York

J. PAUL OETKEN
United States District Judge